**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1443**

KING GRANT-DAVIS,

        Plaintiff - Appellant,

      v.

SOUTH CAROLINA OFFICE OF THE GOVERNOR; SOUTH CAROLINA VOCATIONAL REHABILITATION DEPARTMENT,

        Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Patrick Michael Duffy, Senior District Judge.  (2:15-cv-02521-PMD)

Submitted:  September 20, 2018           Decided:  October 2, 2018

Before WILKINSON and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

King Grant-Davis, Appellant Pro Se.  Carmen Vaughn Ganjehsani, RICHARDSON PLOWDEN & ROBINSON, PA, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

King Grant-Davis appeals the district court's order denying leave to amend his amended complaint and adopting the magistrate judge's recommendation and granting summary judgment to Defendants in Grant-Davis' civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Grant-Davis v. S.C. Office of the Governor*, No. 2:15-cv-02521-PMD (D.S.C. Mar. 21, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*